ROY *v.* CALIFORNIA ᴇᴛ ᴀʟ.

No. 68, Misc.   Decided March 13, 1967.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case remanded for further consideration in light of *Chapman* v. *California, ante,* p. 18.

Mʀ. Jᴜsᴛɪᴄᴇ Sᴛᴇᴡᴀʀᴛ would grant certiorari and reverse the judgment for the reasons stated in his opinion concurring in the result in *Chapman* v. *California, ante,* at 42.